IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CRIMINAL ACTION |
| v.                                        ) | |
| ) | No. 13-20108-01-KHV |
| DANIEL LEE WADDELL,              ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**MEMORANDUM AND ORDER**

For substantially the reasons stated in the Court's <u>Memorandum And Order</u> (Doc. #58) filed February 1, 2024 in D. Kan. No. 13-20024-01, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821, the Court reduces defendant's sentence to 151 months, <u>i.e.</u> the low end of the amended guideline range.

**IT IS THEREFORE ORDERED that pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821, the Court sua sponte reduces defendant's sentence to 151 months in prison, to be served concurrently with the term of imprisonment imposed in U.S. District Court, District of Kansas Case No. 13-20024-01.  This term shall run consecutively to any term of imprisonment imposed for supervised release violations in Case Numbers 6:07CR10112 and 3:07CR05053.  All other terms and conditions of the original <u>Judgment In A Criminal Case</u> (Doc. #19) filed February 20, 2014 shall continue to apply, including a term of supervised release of three years.**

Dated this 1st day of February, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
